**Entered on Docket
February 11, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1
2
3
4
5
6  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
7  Nevada Bar No. 004417
   212 South Jones Boulevard
8  Las Vegas, Nevada 89107
9  Telephone: 702 258-8200
   bk@wildelaw.com
10 Fax: 702 258-8787

11 MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
12 TIFFANY & BOSCO, P.A.
13 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
14 Telephone: (602) 255-6000

15 Wells Fargo Bank, N.A.
   10-73309
16
                  **UNITED STATES BANKRUPTCY COURT**
17
                          **DISTRICT OF NEVADA**
18

| In Re: | Bk Case No.: 10-23439-lbr |
|---|---|
| Gregory J. Kiempisty | Date: 2/2/2011<br>Time: 10:30 am |
| | Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 4110 Berkeley Ave #38, Canton, MI 48188.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order              \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order              \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor